Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

United States Postal Service, Petitioner-Appellee  v.  RPost International Limited, Registrant-Appellant

No. 14-1497

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:   RPost International Limited
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

Name:              Henry Ben-Zvi (SBN: 105419)
Law firm:          Ben-Zvi & Associates
Address:           3231 Ocean Park Blvd., Suite 212
City, State and ZIP: Santa Monica, CA 90405
Telephone:         310.664.1570
Fax #:             310.664.1571
E-mail address:    henry@ben-zvilaw.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): January 25, 2006

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| 06/11/2014 | /S/ Henry Ben-Zvi |
|---|---|
| Date | Signature of pro se or counsel |

cc: _____

123

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 3231 Ocean Park Blvd., Suite 212, Santa Monica, California 90405.

On June 11, 2014, I served the attached **ENTRY OF APPEARANCE** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Jennifer Van Kirk, Esq.<br>Christy L. E. Hubbard, Esq.<br>Sean Garrison, Esq.<br>*Lewis and Roca LLP*<br>40 North Central Ave.<br>Phoenix, AZ 85004-4420<br>*Attorneys for Opposer* | Karen Estilo Owczarski<br>United States Postal Service<br>475 L'Enfant Plaza SW<br>Washington, D.C. 20260<br><br>*Attorney for Opposer*<br>Shane E. Olafson<br>Lewis Roca Rothgerber<br>201 East Washington St., Suite 1200<br>Phoenix, Arizona 85004 |

**SERVICE BY MAIL:**

__X__ I caused such envelope to be deposited in the mail at Santa Monica, California. The envelope was mailed with postage thereon fully prepaid.

> I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on June 11, 2014, at Santa Monica, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

| | |
|---|---|
| __Rachel Bax_____ | _____/s/_____ |
| (Type or print name) | (Signature) |