# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT
_____

## RPOST INTERNATIONAL LIMITED

Appellant/Cross-Appellee

v.

## UNITED STATES POSTAL SERVICE

Appellee/Cross-Appellant
_____

14-1497 /14-1501
_____

Appeal from United States Patent and Trademark Office Before the Trademark
Trial and Appeal Board, Cancellation Nos. 92044260 and 92043665
_____

## MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF

LEWIS ROCA ROTHGERBER LLP
  Kimberly A. Demarchi, State Bar No. 020428
  E-mail:  kdemarchi@lrrlaw.com
  Shane E. Olafson, State Bar No. 024605
  E-mail:  solafson@lrrlaw.com
201 E. Washington St., Suite 1200
Phoenix, AZ  85004-2595

Attorneys for Appellee/Cross-Appellant

FORM 9.   Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

RPost International Limited        v. United States Postal Service

No. 14-1497

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Appellee USPS _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

United States Postal Service

_____

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:



_____

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

_____

4.  ☑   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Lewis Roca Rothgerber LLP - Shane Olafson, Sean Garrison, Kimberly Demarchi

_____

June 10, 2014                          /s/ Kimberly A. Demarchi
_____                       _____
Date                                    Signature of counsel

                                       Kimberly A. Demarchi
                                       _____
                                       Printed name of counsel

Please Note: All questions must be answered
cc: All Counsel _____

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Certificate of Interest for

the United States Postal Service using the Court's CM/ECF filing system.  Counsel

registered with the CM/ECF system were served by operation of the Court's

CM/ECF system pursuant to FRAP 25(c) and Circuit Rule 25 on June 10, 2014.


/s/ Kimberly A. Demarchi

Appellee-Cross-Appellant United States Postal Service ("USPS") moves for a 31-day extension of time, to and including October 20, 2014 to file its answering and cross-appeal brief.  The brief is currently due on September 19, 2014.  USPS has not previously sought any extension.

USPS is seeking this extension because of conflicts in its counsel schedule between now and shortly after the current deadline of September 19.  Specifically, lead appellate counsel has been retained recently in connection with a series of election law, ballot-related lawsuits in Arizona.  These lawsuits involve evidentiary hearings at the end of this month and beginning of September, with the likely possibility of expedited appellate proceedings thereafter, all of which must be completed before general election ballots are printed on September 5.  Lead counsel is also responsible for oral argument in a state appellate court matter on September 24, which argument was set after the briefing schedule in this case was determined.  In order to have sufficient time to prepare the USPS brief and to allow the brief to be reviewed and approved internally by USPS, USPS seeks an extension to October 20, 2014 in order to file its brief.

USPS has contacted counsel for Appellant/Cross-Appellee who has consented to this extension request.  Therefore, USPS respectfully requests that the Court grant it an extension to and including October 20, 2014 to file its answering and cross-appeal brief.

RESPECTFULLY SUBMITTED this 26th day of August, 2014.

LEWIS ROCA ROTHGERBER LLP


By: /s/ Kimberly A. Demarchi
     Kimberly A. Demarchi
     Shane E. Olafson
201 E. Washington St., Suite 1200
Phoenix, AZ 85004-2595

Attorneys for Appellee/Cross-Appellant

4883700_1

## DECLARATION OF KIMBERLY A. DEMARCHI

STATE OF ARIZONA )
                 )        ss.
County of Maricopa )

I, KIMBERLY A. DEMARCHI, declare under penalty of perjury that the

following is true and correct:

1. This declaration is based on my own personal knowledge.

2. I am a Partner with Lewis Roca Rothgerber LLP, licensed to practice law in

   the State of Arizona and am admitted to this court.  I am counsel of record

   and lead appellate counsel for Appellee and Cross-Appellant United States

   Postal Service ("USPS") in this matter.

3. Appellant and Cross-Appellee RPost International Limited ("RPost") timely

   filed its Opening Brief  in this matter on August 7, 2014.  RPost obtained an

   extension of time to file the opening brief which USPS consented to.

4. The Answering/Cross-Appeal Opening Brief of USPS is currently due on

   September 19, 2013.  USPS has not previously sought an extension of time

   to file this brief.

5. An extension of time is requested to accommodate conflicts in my schedule

   which exist between now and shortly after the current deadline of September

   19 that will prevent me from completing the brief.  Specifically, I have been

4883700_1

retained recently in connection with a series of election law, ballot-related lawsuits in Arizona.  These lawsuits involve evidentiary hearings at the end of this month and beginning of September, with the likely possibility of expedited appellate proceedings thereafter, all of which must be completed before general election ballots are printed on September 5.  I am also responsible for oral argument in a state appellate court matter on September 24, which argument was set after the briefing schedule in this case was determined.

6. In order to have sufficient time to prepare the USPS brief and to allow the brief to be reviewed and approved internally by USPS, USPS seeks an extension to October 20, 2014 in order to file its brief.

7. Counsel for Appellant and Cross-Appellee RPost has been contacted and has expressed no opposition to this request.


_____/s/_____
Kimberly A. Demarchi

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2014, I electronically filed the foregoing Motion for Extension of Time to File Answering Brief  with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF System.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system pursuant to FRAP 25(c) and Circuit Rule 25.


/s/ Kimberly A. Demarchi

4883700_1